# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| In re: HILEMAN, RICKY E | § Case No. 10-72847 |
| HILEMAN, CYNTHIA A | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/26/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 12/13/2010     By: /s/JOSEPH D. OLSEN
                             Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: HILEMAN, RICKY E | § Case No. 10-72847 |
| HILEMAN, CYNTHIA A | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $ 10,152.90

*and approved disbursements of*              $ 2,604.00

*leaving a balance on hand of* [1]           $ 7,548.90

**Balance on hand:**                         $ 7,548.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $ 0.00
Remaining balance:                        $ 7,548.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,765.29 | 0.00 | 1,765.29 |
| Trustee, Expenses - JOSEPH D. OLSEN | 58.32 | 0.00 | 58.32 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 804.00 | 0.00 | 804.00 |

Total to be paid for chapter 7 administration expenses:   $ 2,627.61
Remaining balance:                                         $ 4,921.29

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,921.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,921.29

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,646.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | OPHRYS, LLC | 5,758.19 | 0.00 | 1,198.39 |
| 2 | OPHRYS, LLC | 10,434.50 | 0.00 | 2,171.61 |
| 3 | American Infosource Lp As Agent for | 1,129.09 | 0.00 | 234.98 |
| 4 | PYOD LLC its successors and assigns as assignee of | 6,324.79 | 0.00 | 1,316.31 |

Total to be paid for timely general unsecured claims: $ 4,921.29
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez               Page 1 of 1                   Date Rcvd: Jan 04, 2011
Case: 10-72847                 Form ID: pdf006             Total Noticed: 21

The following entities were noticed by first class mail on Jan 06, 2011.
db/jdb        +Ricky E Hileman,    Cynthia A Hileman,    111 Sydenham Street,    Spring Grove, IL 60081-8670
aty           +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty           +Matthew J Ryan,    3101 N Rose St,    Franklin Park, IL 60131-2713
tr            +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
15665731      +Baxter Credit Union,    340 N. Milwaukee Ave.,    Vernon Hills, IL 60061-1533
15665733      +Bill Me Later,    P O Box 105658,    Atlanta, GA 30348-5658
15665734       Bluegreen Resorts Management,    P O Box 105192,    Atlanta, GA  30348-5192
15665735       Bluggreen Resorts Management,    P O Box 105192,    Atlanta, GA  30348-5192
15665736       Direct Merchants Bank,    Payment Center,    P O Box 17313,    Baltimore, MD  21297-1313
15665738       HSBC Credit Center,    P O Box 17574,    Baltimore, MD  21297-1574
15665729      +Hileman Cynthia A,    111 Sydenham Street,    Spring Grove, IL 60081-8670
15665728      +Hileman Ricky E,    111 Sydenham Street,    Spring Grove, IL 60081-8670
15665737       Household Bank Platinum,    HSBC Card Services,    P O Box 17051,    Baltimore, MD  21297-1051
15665739       Juniper,   Card Services,    P O Box 13337,    Philadelphia, PA  19101-3337
16107641      +OPHRYS, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
16412636      +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15665740       Sears MasterCard,    P O Box 183082,    Columbus, OH  43218-3082
15665741      +Select Portfolio Servicing,    P O Box 65250,    Salt Lake City, UT 84165-0250
15665742      +Specialized Loan Servicing LLC,    8742 Lucent Blvd., Suite 300,    Highlands Ranch, CO 80129-2386
15665743       T-Mobile,    P O Box 742596,    Cincinnati, OH  45274-2596
The following entities were noticed by electronic transmission on Jan 05, 2011.
16407780       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 05 2011 01:21:20
                American Infosource Lp As Agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
15665732*     +Baxter Credit Union,    340 N. Milwaukee Ave.,    Vernon Hills, IL 60061-1533
15665730*     +Matthew J Ryan,    3101 N Rose St,    Franklin Park, IL 60131-2713
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 06, 2011**                              **Signature:** _/s/ Joseph Speetjens_